CHARLES H. E. VAN DYKE, Appellant, *v.* LOUIS COHEN, Respondent, et al., Defendants.

Submitted October 2, 1944; decided October 12, 1944.

*Louis H. O. Fischman* for motion.

*Harry Chaskin* opposed.

Motion denied, with ten dollars costs.

GUS ANGELOS et al., Copartners under the Name of THE WORLD CAFETERIA, Respondents, *v.* WILLIAM MESEVICH, Individually and as President of the Cafeteria Employees Union, Local 302, et al., Appellants.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellants to amend remittitur granted and the remittitur amended by adding thereto after the words " with costs in this court ", the following: " in addition to the cost of the transcript of the record from this court to the United States Supreme Court and also in addition to costs of $116.54 already awarded to the appellants by the United States Supreme Court." (See 292 N. Y. 681.)